FRANCIS GRADWOHL v. BRONX PARKWAY COMMISSION, Impleaded with the

CITY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.